PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Debora Medeiros DaSilva                **Docket Number:** 09-00501-005
                                                                                                                **PACTS Number:** 55295

**Name of Judicial Officer:** Honorable Stanley R. Chesler

**Date of Original Sentence:** 09/01/10

**Original Offenses:** Conspiracy to Receive Falsely Made Interstate Securities

**Original Sentence:** 36 months Probation

**Type of Supervision:** Probation                              **Date Supervision Commenced:** 09/01/10

**Assistant U.S. Attorney:** Leslie Faye Schwartz, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Joseph R. Donahue, Esq, 70 Grand Avenue, Suite 102, River Edge, New Jersey 07661, (201) 488-7707

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On October 9, 2012, in the United States District Court, District of New Jersey, a one count criminal complaint, 12-8171 was filed against the offender, Debora Medeiros DaSilva.<br><br>Count one charges that from September 23, 2009, and May 17, 2011, in Essex County, New Jersey the offender while under oath in a proceeding before and ancillary to a court and grand jury of the United States did knowingly make false material declarations, in that the offender did make two or more material declarations, which are inconsistent to the degree that one of them is necessarily false, in violation of Title 18, United States Code, Section 1623(a) and (c). |

I declare under penalty of perjury that the foregoing is true and correct.

By: Elisa Martinez
U.S. Probation Officer
Date: 10/11/12

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date